UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

Entered on Docket
October 22, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-76069

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>Paul J. Callahan and Dianna F. Callahan<br><br>Debtor(s). | BK-S-09-24939-lbr<br><br>Date: 9/30/09<br>Time: 10:00am<br><br>Chapter 7 |

**<u>ORDER VACATING AUTOMATIC STAY</u>**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 525 E Virgin Street, Bunkerville, NV 89007, and legally described as follows:

LOT TWO (2) IN THAT CERTAIN PARCEL MAP IN FILE 43, PAGE 26 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNT, NEVADA, AND RECORDED MAY 03, 1984 IN BOOK 1916 OF OFFICIAL RECORDS, AS DOCUMENT NO. 1875642. TOGETHER WITH THAT PORTION VACATED BY THAT CERTAIN ORDER OF VACATION RECORDED JUNE 01, 1990 IN BOOK 900601 AS DOCUMENT NO. 00211, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of ______________ 2009

Submitted by:
**WILDE & ASSOCIATES**

By_______________________
**GREGORY L. WILDE, ESQ.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

_______________________________
Rodney K. Okano
2400 So. Cimarron Rd.
Ste. 130
Las Vegas, NV 89117
Attorney for Debtor(s)

_______________________________
David A. Rosenberg
5030 Paradise Road #215
Las Vegas, NV 89119
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

____ The court waived the requirements of LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

X I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

____ approved the form of this order ____ disapproved the form of this order

____ waived the right to review the order and/or X failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order ____ disapproved the form of this order

____ waived the right to review the order and/or X failed to respond to the document

Other Party:________________

____ approved the form of this order ____ disapproved the form of this order

____ waived the right to review the order and/or ____ failed to respond to the document

Breach Order:

____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor